## Commonwealth *v.* Beacraft, Appellant.

Argued June 12, 1973. *William I. English, Jr.,* with him *Daniel Quinlan,* for appellant; *J. David Bean,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District

704

Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.